92

### 24290.  HURLEY v. THE STATE.

BROYLES, C. J.  The defendant was convicted of the offense of burglary. The corpus delicti and the venue of the offense were proved, and there was evidence of certain incriminatory admissions, freely and voluntarily made by the accused, which virtually amounted to a confession of his guilt and authorized his conviction. The court did not err in overruling the motion for a new trial, based upon the usual general grounds.

*Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 2, 1934.

*M. B. Eubanks,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.

### 24297.  SHUMAN v. THE STATE.

BROYLES, C. J.  The defendant was convicted of passing a worthless check, with intent to defraud. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial, based upon the usual general grounds only.

*Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 2, 1934.

*H. H. Elders,* for plaintiff in error.
*R. N. Odum, solicitor, M. W. Eason,* contra.